UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



CLINTON CAPITAL CORPORATION,

    Plaintiff,

-against-

357 WEST 21ST STREET ASSOCIATES, INC., et al.,

    Defendants.

16-MC-353 (LAK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Notwithstanding Moses Ind. Prac. § 2(e), no opposition has been filed to plaintiff's letter application (Dkt. Nos. 85, 87) seeking to compel certain non-party subpoena recipients to comply with plaintiff's subpoenas. Any opposition papers must be filed on or before **June 17, 2021** to be considered by the Court. Plaintiff's optional reply shall be filed within two court days thereafter. (*See* Moses Ind. Prac. § 2(e)).

Dated: New York, New York
        June 14, 2021

                                    **SO ORDERED**.

                                    _____
                                    **BARBARA MOSES**
                                    **United States Magistrate Judge**