UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLINTON CAPITAL CORPORATION,

Plaintiff,

-against-

357 WEST 21ST STREET ASSOCIATES, INC., et al.,

Defendants.

16-MC-353 (LAK) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/21

**BARBARA MOSES, United States Magistrate Judge.**

The Court will conduct a discovery conference on plaintiff's letter-motion (Dkt. No. 85) on **July 15, 2021, at 11:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. This is an in-person conference. Counsel are advised to consult the Chief Judge's current entry protocols, available at https://nysd.uscourts.gov/covid-19- coronavirus, in advance of the conference. It is the Court's intention to resolve the parties' discovery dispute based on their letters, augmented by such argument as may be presented at the conference, unless the Court directs the parties to submit more formal briefing.

Dated: New York, New York
June 24, 2021

**SO ORDERED**.

_____
**BARBARA MOSES
United States Magistrate Judge**

1