UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
CLINTON CAPITAL CORPORATION,                : Case No.: 1:16-mc-00353-
        Plaintiff/Judgment Creditor,  : LAK-BCM
  -against-                                :
                                            : Civil Action No.: 95.1330
257 WEST 21st STREET ASSOCIATES, INC., 257 :
WEST 21st STREET EQUITIES, INC and          : ORDER
CHRISTOPHER McNEUR,                         :
        Defendants/Judgment Debtors,:
                                            :
Judgment for $382,612.42 docketed 7/5/95, effective:
6/27/95, under Index No.: 94-cv-00731 RPP  :
---------------------------------------- X

This Matter having been opened to the Court on Motion by Borowsky & Borowsky, LLC, pursuant to Loc. Civ. Rule 1.4 to be relieved as counsel for the plaintiff, and the Court having considered the positions of the movant and of the plaintiff, it is on this ____ day of ____, 2021

HEREBY ORDERED that the Court finds there to be "satisfactory reasons" for counsel to withdraw. See S.D.N.Y. Local R. 1.4. Accordingly, Plaintiff's counsel's motion to withdraw is GRANTED.

IT IS FURTHER ORDERED Borowsky & Borowsky, LLC is entitled to a charging lien, in an amount to be determined upon the settlement or other conclusion of this matter.

IT IS FURTHER ORDERED that plaintiff shall have new counsel enter an appearance within ___ days of this Order.

SO ORDERED

Dated:                                                  _____