UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
CLINTON CAPITAL CORPORATION,           : Case.: 1:16-mc-00353-
       Plaintiff/Judgment Creditor,      : LAK-BCM
-against-                              :
                                       : Civil Action No.: 95.1330
257 WEST 21st STREET ASSOCIATES, INC., 257:
WEST 21st STREET EQUITIES, INC and     : DECLARATION OF SERVICE
CHRISTOPHER McNEUR,                    : OF MOTION TO WITHDRAW AS
       Defendants/Judgment Debtors       : COUNSEL AND TO AFFIX A
                                       : CHARGING LIEN AGAINST
Judgment for $382,612.42 docketed 7/5/95, effective: PLAINTIFF
6/27/95, under Index No.: 94-cv-00731 RPP     :
------------------------------------- X

    I certify that true copies of the attached Notice of Motion to withdraw as counsel for plaintiff and to affix a charging lien against Plaintiff, Memorandum of Law, Declaration with exhibits and proposed Order have been filed with the Clerk of the United States District Court for the Southern District of New York, via electronic filing and forwarded to all attorneys of record via electronic filing on November 18, 2021. I further certify that a courtesy copy is being sent to:

        Honorable Lewis A. Kaplan, U.S.D.J.        (via UPS overnight delivery)
        United States District Court – Southern District of New York
        Daniel Patrick Moynihan United States Courthouse
        500 Pearl Street
        New York, NY 10007-1312

        Barbara C. Moses, U.S.M.J.        (via UPS overnight delivery)
        United States District Court – Southern District of New York
        Daniel Patrick Moynihan United States Courthouse
        500 Pearl Street
        New York, NY 10007-1312

        Charles J. Boitano        (via email - harveyscottltd@aol.com)
        Harvey, Scott & St. Charles, Ltd.
        One Orient Way, Suite F-189
        Rutherford, NJ 07070

    I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                    BOROWSKY & BOROWSKY, LLC
                                    Attorneys at Law
                                    Attorneys for Plaintiff/Judgment Creditor

|  |  |
|---|---|
| | s/ Frank E. Borowsky, Jr. |
| | FRANK E. BOROWSKY, JR. (8694) |
| | |
| | 59 Avenue at the Common |
| | Suites 101 & 102 |
| | Shrewsbury, NJ 07702 |
| | Tel.: (732) 212-9400 |
| | fborowsky@borowskylawfirm.com |
| | 30 Wall Street, 8th Floor- #8369 |
| | New York, NY 10005-2205 |
| Dated:  November 18, 2021 | Tel.: (212) 709-8369 |