UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLINTON CAPITAL CORPORATION,

        Plaintiff,

-against-

257 WEST 21ST STREET ASSOCIATES, INC., et al.,

        Defendants.

16-MC-353 (LAK) (BCM)

ORDER

**BARBARA MOSES, United States Magistrate Judge.**

    On November 19, 2021, this Court ordered that any papers in response to the withdrawal motion at Dkt. No. 96 be submitted no later than December 3, 2021, and that replies, if any, be submitted no later than December 10, 2021. (Dkt. No. 97.) However, the Court neglected to direct (expressly) that Borowsky & Borowsky (B&B) serve a copy of the November 19 order on its client.

    If B&B has in fact served the November 19 order on plaintiff Clinton, B&B shall promptly file proof of such service.

    If B&B has *not* yet served the November 19 order on plaintiff Clinton: (i) it shall do so **no later than December 1, 2021**; (ii) it shall simultaneously serve a copy of this Order on plaintiff Clinton; (iii) it shall promptly file proof of such service on the docket; (iv) any response by Clinton shall be submitted, in accordance with the guidelines set out in the November 19 order, no later than **December 10, 2021**; and (v) any reply to Clinton's response shall be submitted no later than **December 17, 2021**.

Dated: New York, New York
       November 30, 2021

                              **SO ORDERED**.

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**