UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLINTON CAPITAL CORPORATION,

        Plaintiff,

-against-

257 WEST 21ST STREET ASSOCIATES, INC., et al.,

        Defendants.

16-MC-353 (LAK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Withdrawing counsel having served this Court's Order dated December 16, 2021 on their client, the Clerk of Court is respectfully directed to terminate Keith Charles Northridge, Adam K. Gallagher, and Frank E Borowsky as counsel of record for plaintiff Clinton Capital Corporation and mail a copy of this Order to:

        Clinton Capital Corporation
        c/o Charles J, Boitano
        Harvey, Scott & St. Charles, Ltd.
        One Orient Way, Suite F-189
        Rutherford, NJ 07070

Dated:  New York, New York
         December 27, 2021

                          **SO ORDERED**.

                          **BARBARA MOSES**
                          **United States Magistrate Judge**