USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CLINTON CAPITAL CORPORATION,

          Plaintiff,

-against-                                  16-mc-353 (LAK)

257 WEST 21ST STREET ASSOCIATES, INC., et al.,

          Defendant(s).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

          Plaintiff brings this action against 257 West 21st Street Associates, Inc., 257 West 21st Street Equities, Inc., and Christopher McNeur to obtain discovery in aid of its efforts to enforce a money judgment. Defendant Christopher McNeur moved to dismiss this proceeding for lack of subject-matter jurisdiction (Dkt 100).

          In a report and recommendation dated February 28, 2024 (Dkt 120) (the "R&R"), Magistrate Judge Barbara Moses recommends that the motion be denied. There have been no objections to the R&R.

          Accordingly, defendant's motion to dismiss for lack of subject matter jurisdiction (Dkt 100) is denied.

          SO ORDERED.

Dated:      March 15, 2024

                                                /s/ Lewis A. Kaplan
                                                  Lewis A. Kaplan
                                           United States District Judge